UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Karen Reed,

Plaintiff,

Civil 01-2424 (RHK/JMM)

vs.

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Bristol-Myers Squibb Company,
Nastech Pharmaceutical Company, Inc.,
Apothecon, a Bristol-Myers Squibb
Company, Cephalon, Inc.,

Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated April 16, 1997, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: January 3, 2002

RICHARD H. KYLE
United States District Judge

FILED JAN 03 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Karen Reed

vs. 01-2424ADM/AJB

Bristol-MyersSquibb Co., et al

The above-entitled matter has been re-assigned to Judge Ann D. Montgomery and to Magistrate Judge Arthur J. Boylan pursuant to an Order of Disqualification signed by Judge Kyle. Note the change in the judges' initials and refer to them when submitting documents to the court