# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV 2424 RHK/JMM Case Title: Reed v. Bristol-Myers.

**Affidavit of Movant**

I, Stephen J. Randall an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Lisa June Cox, an attorney admitted to practice in the Eastern & Western District of the State of Tenessee but not admitted to the bar of this court, who will be counsel for the (✓)plaintiff ( )defendant Karen Reed in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature: [signature] MN Attorney License #: 221910 Date: 3/18/02

**Affidavit of Proposed Admittee**

I, Lisa June Cox, am currently a member in good standing of the U.S. District Court for the Eastern & Western District of the State of Tenessee, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: Lisa June Cox Signature: [signature] Date: 3/14/02

Attorney License Number: 010757

Law Firm Name & Address: Law Offices of Lisa June Cox
1626 Hollywood Drive, Jackson, TN 38305
fax: 731-664-9566

Telephone: (731) 664-9550

Motion Granted: [signature] NMC
For the Court: Richard D. Sletten, Clerk

Date: MAR 19 2002

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED MAR 19 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______